**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**TYLER DIVISION**

| | |
|---|---|
| **SHARON K. KENNEDY** § | |
| § | |
| **Plaintiff,** § | |
| § | **CASE NO. 6:13-CV-422-LED** |
| v. § | |
| § | |
| **PATRICK R. DONAHOE,** § | |
| **POSTMASTER GENERAL, and** § | |
| **THE UNITED STATES POSTAL** § | |
| **SERVICE** § | |
| **Defendant** § | |

**ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION**
**TO DISMISS ALL CLAIMS WITH PREJUDICE**

On this day came on to be considered Plaintiff's Unopposed Motion to Dismiss all Claims with Prejudice. After careful consideration, the Court is of the opinion that the motion is meritorious and should be granted. It is therefore

ORDERED that the above motion is GRANTED. It is further

ORDERED that each and every claim asserted by Plaintiff Sharon Kennedy along with this lawsuit is hereby DISMISSED WITH PREJUDICE. It is further

ORDERED that all costs of court are taxed against the party that incurred the same.

So ORDERED and SIGNED this 15th day of May, 2014.

_____
LEONARD DAVIS
UNITED STATES DISTRICT JUDGE